


**Earnings Statement** — ADP

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 75Q | 000185 | 000003 | | 0000320034  1 |

Period Beginning: 07/31/2023
Period Ending: 08/06/2023
Pay Date: 08/10/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

EDWIN R RITTENBAUGH
1891 KIMBERTON ROAD
PHOENIXVILLE PA 19460

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32.0500 | 15.25 | 488.76 | 36,751.94 |
| Regular | 35.1500 | 8.00 | 281.20 | |
| Regular | 47.7000 | 8.00 | 381.60 | |
| Ironworker-FB | | | 316.08 | 316.08 |
| Laborer-FB | | | 594.26 | 19,709.26 |
| Overtime | | | | 736.28 |
| Carpenter-FB | | | | 2,325.52 |
| Millwright-FB | | | | 265.52 |
| Operator-FB | | | | 914.48 |
| Plumber-FB | | | | 777.44 |
| Vacation | | | | 3,523.20 |
| **Gross Pay** | | | **$2,061.90** | 66,881.32 |

| Other | this period | year to date |
|---|---|---|
| 401K Pw | -156.25* | 4,646.25 |
| Expense Reimbur | | -73.31 |

| Net Pay | $1,168.06 |
|---|---|
| Checking 1 | -1,168.06 |
| Net Check | $0.00 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,778.46

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -141.03 | 4,636.14 |
| | Social Security Tax | -110.27 | 3,626.42 |
| | Medicare Tax | -25.78 | 848.11 |
| | PA State Income Tax | -59.39 | 1,938.31 |
| | Marlborough Local Svc Tax | -1.00 | 33.00 |
| | West Vincent Income Tax | -24.18 | 752.93 |
| | PA SUI Tax | -1.45 | 46.82 |
| | Collegeville Income Tax | | 40.65 |
| | Other | | |
| | ADD/STD/LTD | -10.31* | 303.65 |
| | Dental | -6.25* | 184.00 |
| | Depmed | -247.30 | 7,913.60 |
| | Medical | -110.63* | 3,256.84 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 2,061.90 | 66,881.32 |
| Totl Hrs Worked | 31.25 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Married

EASTERN ENVIRONMENTAL CONTR
6304 5TH STREET
GREEN LANE, PA 18054

Advice number: 00000320034
Pay date: 08/10/2023

Deposited to the account of
EDWIN R RITTENBAUGH

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6287 | xxxx xxxx | $1,168.06 |

THIS IS NOT A CHECK

NON-NEGOTIABLE



| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| 7SG | 000185 | 000003 | | 0000310035 | 1 |

# Earnings Statement

ADP

EASTERN ENVIRONMENTAL CONTR
6304 5TH STREET
GREEN LANE, PA 18054

Period Beginning: 07/24/2023
Period Ending: 07/30/2023
Pay Date: 08/03/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

EDWIN R RITTENBAUGH
1891 KIMBERTON ROAD
PHOENIXVILLE PA 19460

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32.0500 | 40.00 | 1,282.00 | 35,600.38 |
| Laborer-FB | | | 1,010.00 | 19,115.00 |
| Overtime | | | | 736.28 |
| Carpenter-FB | | | | 2,325.52 |
| Millwright-FB | | | | 265.52 |
| Operator-FB | | | | 914.48 |
| Plumber-FB | | | | 777.44 |
| Vacation | | | | 3,523.20 |
| **Gross Pay** | | | **$2,292.00** | 64,819.42 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -159.12 | 4,495.11 |
| | Social Security Tax | -119.61 | 3,516.15 |
| | Medicare Tax | -27.98 | 822.33 |
| | PA State Income Tax | -65.37 | 1,878.92 |
| | Marlborough Local Svc Tax | -1.00 | 32.00 |
| | West Vincent Income Tax | -26.62 | 728.75 |
| | PA SUI Tax | -1.60 | 45.37 |
| | Collegeville Income Tax | | 40.65 |
| | **Other** | | |
| | ADD/STD/LTD | -13.20* | 293.34 |
| | Dental | -8.00* | 177.75 |
| | Depmed | -247.30 | 7,666.30 |
| | Medical | -141.60* | 3,146.21 |
| | 401K Pw | -200.00* | 4,490.00 |
| | Expense Reimbur | | -73.31 |
| **Net Pay** | | **$1,280.60** | |

| Other | this period | year to date |
|---|---|---|
| Checking 1 | -1,280.60 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,929.20

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 2,292.00 | 64,819.42 |
| Totl Hrs Worked | 40.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
PA: Married

---

EASTERN ENVIRONMENTAL CONTR
6304 5TH STREET
GREEN LANE, PA 18054

Advice number: 00000310035
Pay date: 08/03/2023

Deposited to the account of
EDWIN R RITTENBAUGH

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6287 | xxxx xxxx | $1,280.60 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**




| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| 7SG | 000185 | 000003 | | 0000300034 | 1 |

'AL CONTR

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

## Earnings Statement    ADP

Period Beginning: 07/17/2023
Period Ending: 07/23/2023
Pay Date: 07/27/2023

EDWIN R RITTENBAUGH
1891 KIMBERTON ROAD
PHOENIXVILLE  PA  19460

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32.0500 | 20.00 | 641.00 | 34,318.38 |
| Regular | 42.5300 | 12.00 | 510.36 | |
| Carpenter-FB | | | 344.52 | 2,325.52 |
| Laborer-FB | | | 505.00 | 18,105.00 |
| Vacation | 49.0400 | 8.00 | 392.32 | 3,523.20 |
| Overtime | | | | 736.28 |
| Millwright-FB | | | | 265.52 |
| Operator-FB | | | | 914.48 |
| Plumber-FB | | | | 777.44 |
| **Gross Pay** | | | **$2,393.20** | 62,527.42 |

| Net Pay | $1,414.38 |
|---|---|
| Checking 1 | -1,414.38 |
| **Net Check** | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,102.96

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -179.97 | 4,335.99 |
| | Social Security Tax | -130.38 | 3,396.54 |
| | Medicare Tax | -30.49 | 794.35 |
| | PA State Income Tax | -69.47 | 1,813.55 |
| | Marlborough Local Svc Tax | -1.00 | 31.00 |
| | West Vincent Income Tax | -28.29 | 702.13 |
| | PA SUI Tax | -1.68 | 43.77 |
| | Collegeville Income Tax | | 40.65 |
| Other | | | |
| | ADD/STD/LTD | -10.56* | 280.14 |
| | Dental | -6.40* | 169.75 |
| | Depmed | -247.30 | 7,419.00 |
| | Medical | -113.28* | 3,004.61 |
| | 401K Pw | -160.00* | 4,290.00 |
| | Expense Reimbur | | -73.31 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 2,393.20 | 62,527.42 |
| Totl Hrs Worked | 32.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
PA:   Married

EASTERN ENVIRONMENTAL CONTR
6304 5TH STREET
GREEN LANE, PA  18054

Advice number: 00000300034
Pay date: 07/27/2023

Deposited to the account of
EDWIN R RITTENBAUGH

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6287 | xxxx xxxx | $1,414.38 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**




| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| 7SG | 000185 | 000003 | | 0000270036 | 1 |

**Earnings Statement** — ADP

Period Beginning: 06/26/2023
Period Ending: 07/02/2023
Pay Date: 07/06/2023

EDWIN R RITTENBAUGH
1891 KIMBERTON ROAD
PHOENIXVILLE PA 19460

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32.0500 | 32.00 | 1,025.60 | 31,843.10 |
| Regular | 42.5300 | 8.00 | 340.24 | |
| Carpenter-FB | | | 229.68 | 1,866.16 |
| Laborer-FB | | | 808.00 | 16,691.00 |
| Overtime | | | | 736.28 |
| Millwright-FB | | | | 265.52 |
| Operator-FB | | | | 914.48 |
| Plumber-FB | | | | 777.44 |
| Vacation | | | | 2,738.56 |
| **Gross Pay** | | | **$2,403.52** | 57,001.82 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -172.51 | 3,968.43 |
| | Social Security Tax | -126.52 | 3,094.44 |
| | Medicare Tax | -29.59 | 723.70 |
| | PA State Income Tax | -68.79 | 1,652.91 |
| | Marlborough Local Svc Tax | -1.00 | 28.00 |
| | West Vincent Income Tax | -28.01 | 636.72 |
| | PA SUI Tax | -1.68 | 39.90 |
| | Collegeville Income Tax | | 40.65 |
| | Other | | |
| | ADD/STD/LTD | -13.20* | 256.38 |
| | Dental | -8.00* | 155.35 |
| | Depmed | -247.30 | 6,677.10 |
| | Medical | -141.60* | 2,749.73 |
| | 401K Pw | -200.00* | 3,930.00 |
| **Net Pay** | | | **$1,365.32** |

| Other | this period | year to date |
|---|---|---|
| Checking 1 | -1,365.32 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,040.72

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 2,403.52 | 57,001.82 |
| Totl Hrs Worked | 40.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
PA: Married

---

EASTERN ENVIRONMENTAL CONTR
6304 5TH STREET
GREEN LANE, PA 18054

Advice number: 00000270036
Pay date: 07/06/2023

Deposited to the account of
EDWIN R RITTENBAUGH

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6287 | xxxx xxxx | $1,365.32 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**