**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
| Edwin R Rittenbaugh | : | Chapter 13 |
| | : | Case No.: 23-12425-PMM |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: June 12, 2024          /s/ Brad J. Sadek, Esquire
                              Brad J. Sadek, Esquire
                              Sadek Law Offices
                              1500 JFK Boulevard Suite 220
                              Philadelphia, Pa 19102
                              215-545-0008